UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LLYOD N. ROSS,

                Plaintiff,

-against-

C.O. COPPER; CAPTAIN DAVIS,

                Defendants.

25-CV-293 (KMW)

ORDER OF DISMISSAL

KIMBA M. WOOD, United States District Judge:

      By Order dated August 19, 2025, the Court directed Plaintiff to show cause by declaration why this action should not be dismissed as time barred. (ECF No. 6.) That Order specified that failure to comply would result in dismissal of the complaint for failure to state a claim. Plaintiff did not file a declaration in response to the Court's August 19, 2025 Order. Accordingly, the Court dismisses the complaint, filed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915(a)(1), pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

      The Court directs the Clerk of Court to enter a civil judgment in this action.

SO ORDERED.

Dated:   September 30, 2025
         New York, New York

                                  /s/ Kimba M. Wood
                                   KIMBA M. WOOD
                               United States District Judge