UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LLYOD N. ROSS,

                      Plaintiff,

            -against-

C.O. COPPER; CAPTAIN DAVIS,

                     Defendants.

25-cv-0293 (KMW)

CIVIL JUDGMENT

For the reasons stated in the September 30, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 3, 2025
            New York, New York

                                                   /s/ Kimba M. Wood
                                                     KIMBA M. WOOD
                                            United States District Judge